No. 830. Touhy *v.* Ragen, Warden. March 28, 1938. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Thomas Marshall* for petitioner. *Mr. Otto Kerner* for respondent.

No. 836. East Ohio Gas Co. *v.* Cleveland. March 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William B. Cockley* for petitioner. *Mr. Alfred Clum* for respondent.

No. 790. Paridy *v.* Caterpillar Tractor Co. March 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. Justice Butler took no part in the consideration or decision of this application. *Mr. Frank C. Smith* for petitioner. No appearance for respondent.

No. 599. Glenn, Collector, *v.* Smith. March 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Justice Reed took no part in the consideration or decision of this application. *Solicitor General Reed* for petitioner. No appearance for respondent.

No. 17, original. Ex parte Arthur Dean Richmond. April 4, 1938. Motion for leave to file petition for writ of certiorari is granted, and the petition for writ of certiorari is denied. *Mr. William Lemke* for petitioner.